# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTRY SELECT INSURANCE COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA MARIA FORD, INC., a California corporation,<br><br>    Defendant. | CASE NO. CV13-700 R (SSx)<br><br>[PROPOSED] ORDER DISMISSING SANTA MARIA FORD'S COUNTERCLAIM<br><br>Date  :  June 3, 2013<br>Time  :  10:00 a.m.<br>Dept. :  8<br>Judge :  Hon. Manuel L. Real<br><br>Complaint Filed  : January 31, 2013 |
| SANTA MARIA FORD, INC., a California corporation,<br><br>    Counter-Claimant,<br><br>    v.<br><br>SENTRY SELECT INSURANCE COMPANY, an Illinois corporation,<br><br>    Counter-Defendant. | |

    Sentry Select Insurance Company's Motion to Dismiss defendant and counter-claimant Santa Maria Ford, Inc.'s Counterclaim (the "Motion to Dismiss") came on regularly for hearing on June 3, 2013 at 10:00 a.m. in Courtroom 8 of the above-entitled Court.  The Court, after reading and considering the Motion to Dismiss and

supporting papers, the opposition thereto, and all other pleading and papers, as well as oral argument by the parties, hereby ORDERS that:

    1.    Santa Maria Ford's Counterclaim, for Failure to Pay Market Rates for *Cumis* Counsel Pursuant to California Civil Code § 2860(c) be DISMISSED without leave to amend.

Date: _____, 2013

    _____
    HONORABLE MANUEL L. REAL
    UNITED STATES DISTRICT JUDGE

Respectfully submitted,
SELMAN BREITMAN LLP

By: */s/ – Nathaniel S.G. Braun*
    ALAN B. YUTER
    NATHANIEL S.G. BRAUN
    Attorneys for plaintiff and counter-defendant SENTRY SELECT INSURANCE COMPANY